180

Commissioners of the State Insurance Fund, Appellants, *v.* Harry Rosenshield, Respondent.

Supreme Court, Appellate Term, First Department, November 9, 1942.

*Harry Schechter* and *William F. O'Rourke* for appellants.

No appearance for respondent.

*Per Curiam.* The State Insurance Fund is a State agency and as such cannot be sued in the Municipal Court. No setoff in the Municipal Court against a judgment recovered by the State Insurance Fund can be maintained.

Order reversed, with ten dollars costs, and motion denied.

McCook and McLaughlin, JJ., concur; Shientag, J., dissents.